UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LACATHY BAILUM,**

      Plaintiff,

  v.                                 Case No.:  6:25-cv-01053-AGM-DCI

**CASTLE WOODS OWNER, LP,**
**MINN INVESTOR MEMBER, LLC,**
**CONAM STRATEGIC**
**INVESTMENT FUND IV LP,**

      Defendants.

## ORDER

THIS CAUSE comes before the Court upon review of the Magistrate's Report and Recommendation (doc. # 21), in which the Magistrate Judge recommends the Court dismiss the Second Amended Complaint (doc. # 13) without prejudice and deny Plaintiff's Motion to Proceed *in Forma Pauperis* (doc. # 14).

The fourteen-day deadline for objections to the Report has passed and no party has filed any objection. Absent objection, the Court conducts a "careful and complete" review of a report and recommendation. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (*per curiam*) (citation omitted). "Clear error" review applies to portions of the Report and Recommendation to which no objection is made. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (*per curiam*) (quotation citation omitted). The Court may accept, reject, or modify, in whole or in part, the Magistrate Judge's Report and Recommendation. 28 U.S.C. § 636(b)(1); *Williams*, 681 F.2d at 732.

The Magistrate Judge concluded that the Second Amended Complaint is an impermissible shotgun pleading and recommends the Court dismiss the Second Amended Complaint without prejudice and deny Plaintiff's Motion to Proceed in *Forma Pauperis*. Having performed an independent review of the file, and for the sound reasons explained in the Report and Recommendation, the Court agrees.

Accordingly, it is now

**ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation (doc. # 21) is approved, confirmed, and adopted in all respects and is made a part of this Order;

2. Plaintiff's Motion to Proceed *in Forma Pauperis* (doc. # 14) is **DENIED without prejudice**;

3. Plaintiff's Second Amended Complaint (doc. # 13) is **DISMISSED without prejudice**;

4. Plaintiff may file an amended complaint in compliance with Rules 8 and 10 of the Federal Rules of Civil Procedure within **14 days** of this Order; and

5. Plaintiff is **DIRECTED** to either pay the full filing fee to the Clerk or file a Long Form Application; and

6. Further failure to comply with the Federal Rules of Civil Procedure may result in dismissal without further notice.

**DONE** and **ORDERED** in Chambers in Orlando, Florida, this January 26, 2026.

ANNE-LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE